UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  ) <br> Plaintiff, ) <br>  ) <br> vs. ) <br>  ) <br> WILLIAM CURRY, and ) <br> MATTHEW GIBSON, ) <br>  ) <br> Defendants. ) | Case No. 4:17CR00132 JAR |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge David D. Noce (Doc. No. 115). On April 25, 2017, Defendants Matthew Gibson and William Curry made Oral Motions to Suppress (Doc. No. 68 and 71, respectively). Thereafter, on June 7, 2017, Defendant William Curry filed a Motion to Suppress Identification (Doc. No. 89). Magistrate Judge Noce recommends the Court deny the Oral Motions to Suppress as well as the Motion to Suppress Identification (Doc. Nos. 68, 71 and 89).

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge David D. Noce, who filed an Order and Recommendation on July 7, 2017 (Doc. No. 115). The Magistrate Judge recommends that the Oral Motions to Suppress as well as the Motion to Suppress Identification (Doc. Nos. 68, 71 and 89) be denied. None of the parties have filed objections or otherwise responded to the Order and Recommendation, and the time to do so has passed. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Recommendation of the United States Magistrate Judge [Doc. No. 115] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Oral Motions to Suppress of Defendants Matthew Gibson and William Curry, and Defendant William Curry's Motion to Suppress Identification [Doc. Nos. 68, 71 and 89] are **DENIED**.

Dated this 31st day of July, 2017.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE